FILED '11 MAR 29 14:47 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TERENCE RAMSEY & CHRISTOPHER )
BALL,                        )
                             )
            Plaintiffs,      )
                             )  Civil No. 10-6382-TC
                             )
     v.                      )
                             )  ORDER
GREAT WESTERN CORPORATION &  )
RICHARD WANKE,               )
                             )
            Defendants.      )

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on February 9, 2011, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1);

1   - ORDER

McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Defendants have timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed February 9, 2011, in its entirety. Plaintiffs' motion to remand is granted, and plaintiffs are awarded $490 in attorney's fees and costs. The clerk of court will enter judgment accordingly.

IT IS SO ORDERED.

DATED this 29th day of March, 2011.

Michael E. Hogan
UNITED STATES DISTRICT JUDGE

2    - ORDER